UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Rogelio Ortega, Org Diamond, Inc.,<br><br>    Defendant. | Case No. 1:15-cv-00506 JAM BAM<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in favor of the plaintiff and against:

Defendants Rogelio Ortega, Org Diamond, Inc. in the amount of $5,400.00 in total damages.

Date: February 18, 2016               MARIANNE MATHERLY, CLERK

                          By: /s/  G. Michel
                          Deputy Clerk